IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60340
_____

TRANSPORTATION INSURANCE COMPANY

　　　　Plaintiff - Appellee

v.

RITTS DISTRIBUTING COMPANY, INC.; TIMOTHY HOLMES, By and
Through His Next Friend and Mother, Virginia Holmes

　　　　Defendants

　　　　　　　and

JOANNE HUFF-RITTS; SPENCER RITTS

　　　　Plaintiff - Appellants


_____
Appeal from the United States District Court for the
Northern District of Mississippi, Oxford
(3:94-CV-93)
_____
January 12, 1996

Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

　　　Appellants appeal the district court's grant of summary
judgment in favor of Transportation Insurance denying Uninsured
Motorist coverage to Mrs. Ritts.　Appellants also appeal the
district court decision to reform the insurance contract and its
decision not to certify the question of coverage to the Mississippi
Supreme Court.　The appellants argue that Mrs. Ritts is insured

_____

[*]　Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

under the corporate policy either personally as the wife of the sole stockholder or as an officer of a closely held corporation, or that Mrs. Ritts is insured as a permissive user or guest in an automobile insured under the policy. We have reviewed the record and the decisions of the district court. We agree with the analysis of Mississippi law and the conclusions set forth in the district court's written opinion. Accordingly, judgment of the district court is affirmed and the motion for certification of questions of law to the Mississippi Supreme Court is denied.